PROB 12B
(7/93)

Report Date: July 5, 2006

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 10 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Cameron Wayne Smith          Case Number: 2:04CR00023-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 10/14/2004           Type of Supervision: Supervised Release

Original Offense: Unlawful Possession of an     Date Supervision Commenced: 04/28/2006
Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d)
and 5871

Original Sentence: Prison - 20 months; TSR - 36  Date Supervision Expires: 04/27/2009
months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
     directed by the supervising probation officer, but no more than six tests per month, in order to confirm
     continued abstinence from these substances.

## CAUSE

Based on the Unites States v. Stephens (9th Cir. 2005) case, the probation office is requesting the offender's
supervised release conditions be amended to include not more than six urinalysis tests per month.

                                                 Respectfully submitted,

                                          by    /s/ Samuel Najera
                                                 Samuel Najera
                                                 U.S. Probation Officer
                                                 Date: July 5, 2006

Prob 12B
Re:  Smith, Cameron Wayne
July 5, 2006
Page 2

THE COURT ORDERS

[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[  ]  Other

_____
Signature of Judicial Officer

July 10 2006
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
Samuel Najera                     Cameron Wayne Smith
U.S. Probation Officer            Probationer or Supervised Releasee

July 5, 2006
Date